## BIRD PEAK ROAD ASSOCIATION, INC. *v.* BIRD PEAK CORPORATION ET AL.

## BIRD PEAK CORPORATION *v.* BIRD PEAK ROAD ASSOCIATION, INC., ET AL.

The petition for certification by Bird Peak Corporation for appeal from the Appellate Court, 62 Conn. App. 551 (AC 19843), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Martin A. Gould*, in support of the petition.

*Frank J. Scinto*, in opposition.

Decided May 16, 2001

## JOHN GREENE *v.* ALAN PERRY

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 338 (AC 19847), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Ernest J. Cotnoir*, in support of the petition.

Decided May 16, 2001